## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **ERIKA ELKINS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 09-582-P-H** |
| ) | |
| **WALTER ELKINS, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER AFFIRMING DECISION
## OF THE MAGISTRATE JUDGE

Over the plaintiff's objection, I **AFFIRM** the Magistrate Judge's decision to deny the plaintiff's motion to amend her original complaint to add forty or more defendants. Docket Item 64. The Magistrate Judge is entirely correct that the amendment is frivolous.

**SO ORDERED.**

**DATED THIS 3RD DAY OF MAY, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**