UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| ERIKA ELKINS, | ) | |
|---|---|---|
| Plaintiff | ) ) ) | |
| v. | ) | Civil No. 09-582-P-H |
| WALTER ELKINS, et al., | ) ) ) | |
| Defendants | ) | |

**ORDER AFFIRMING DECISIONS OF THE MAGISTRATE JUDGE**

I **Affirm** *de novo* the Magistrate Judge's Recommended Decisions dated June 7, 2010, for the reasons stated in those decisions. Moreover, under Fed. R. Civ. P. 12(f), I **Strike** the last sentence of the first paragraph in the plaintiff's objection filed June 18, 2010. The Clerk's Office shall **Redact** the document accordingly and **Seal** the unredacted document.

I also place the plaintiff Erika Elkins on **Notice** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Groundless and scandalous filings will not be tolerated.

**So Ordered.**

**Dated this 25th day of June, 2010**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**