# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ERIKA ELKINS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | CIVIL NO. 2:09-CV-582 |
| ) | |
| **WALTER ELKINS, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter because I have been named as a defendant.

**SO ORDERED.**

**DATED THIS 6TH DAY OF JANUARY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**