# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ERIKA ELKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:09-cv-582-GZS ) |
| WALTER ELKINS, et al., | ) ) |
| Defendants. | ) |

## ORDER & WARNING

On December 30, 2013, the Court received a ten page document, titled "3rd Amendment," from Plaintiff Erika Elkins. The Court has ordered the Clerk to docket this document as a third amended complaint (ECF No. 109). However, having reviewed the document and the entirety of the docket, the Court concludes that no action is necessary and no action will be taken on this filing.

Judgment in this case was entered on June 25, 2010 (ECF No. 104). It appears no timely appeal was taken and the case was closed. As a result, Plaintiff may not seek to amend her complaint and seek further relief in this case. Plaintiff is hereby advised and warned that attempts to "amend" her complaint in this long-closed case are meritless and frivolous filings. Having made two such attempts in the last year (ECF No. 106 & 109), the Court is obliged to warn Plaintiff Erika Elkins that the filing of any further apparently meritless and frivolous documents in D. Me. Docket # 2:09-cv-582-GZS will result in an order restricting her ability to file future pleadings in this Court and may include other additional sanctions. See Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 7th day of January, 2014.